1  MATTHEW D. CARLSON, Bar No. 273242
   mdcarlson@mdcarlsonlaw.com
2  LAW OFFICE OF MATTHEW D. CARLSON
   50 Fountain Plaza, Suite 1400, #206
3  Buffalo, NY 14202
   Telephone: (716) 242-1234
4
   Attorneys for Plaintiff
5  SARAH STONEHOCKER

6  ELIZABETH STAGGS-WILSON, Bar No. 183160
   estaggs-wilson@littler.com
7  LITTLER MENDELSON, P.C.
   633 West 5th Street, 63rd Floor
8  Los Angeles, California 90071
   Telephone: 213.443.4300
9  Facsimile: 213.443.4299

10 LISA LIN GARCIA, Bar No. 260582
   llgarcia@littler.com
11 ALICE H. WANG, Bar No. 289631
   awang@littler.com
12 LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
13 San Francisco, CA 94104
   Telephone: 415.433.1940
14 Facsimile: 415.399.8490

15 Attorneys for Defendant
   KINDRED HEALTHCARE OPERATING, LLC
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH STONEHOCKER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KINDRED HEALTHCARE OPERATING, LLC and DOES 1 through 25,<br><br>Defendants. | Case No. 4:19-cv-02494-YGR<br><br>**STIPULATED REQUEST TO EXCEED PAGE LIMITATION RE: MOTION FOR SETTLEMENT APPROVAL** |

The undersigned Parties, by and through their respective counsel, do hereby stipulate:

WHEREAS, Plaintiff Sarah Stonehocker ("Plaintiff"), intends to file a Motion for Preliminary Approval of Class Action Settlement and Approval of PAGA Settlement within the next several days;

WHEREAS, Local Rule 7-2 requires all motions (including a notice of motion and points and authorities in support) to not exceed 25 pages in length;

WHEREAS, the parties agree, and at this late stage before filing it appears necessary, that a thorough but concise Motion for Preliminary Approval of Class Action Settlement and Approval of PAGA Settlement in this case will be up to 30 pages in length;

WHEREAS, Local Rule 7-11(a) permits parties to submit a stipulated request to exceed page limitations;

NOW THEREFORE, the Parties jointly stipulate and request that the Court enter the following order:

1. Plaintiff shall be permitted to file a Motion for Preliminary Approval of Class Action Settlement and Approval of PAGA Settlement not to exceed thirty (30) pages.

**IT IS SO STIPULATED.**

Dated: September 30, 2020

*/s/ Matthew D. Carlson*
MATTHEW D. CARLSON
LAW OFFICE OF MATTHEW D. CARLSON
Attorneys for Plaintiff
SARAH STONEHOCKER

Dated: September 30, 2020

*/s/ Lisa Lin Garcia*
ELIZABETH STAGGS-WILSON
LISA LIN GARCIA
ALICE H. WANG
LITTLER MENDELSON, P.C.
Attorneys for Defendant
KINDRED HEALTHCARE OPERATING, LLC

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____  _____
HON. YVONNE GONZALEZ ROGERS
DISTRICT JUDGE
UNITED STATES DISTRICT COURT

## Attestation

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: September 30, 2020   */s/ Matthew D. Carlson*
                            Matthew D. Carlson